# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIKA N. DEHART**                                                                                       **PLAINTIFF**

**v.**                          **Case No. 5:14-cv-00262-KGB-JJV**

**RHODES;** *et al.*                                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5) and what the Court construes as plaintiff Erika N. DeHart's objections (Dkt. No. 12). After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court dismisses without prejudice Ms. DeHart's claims against defendant K. Mayes for failure to state a claim upon which relief may be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE