IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIKA DEHART**                                                                                    **PLAINTIFF**

v.                                    Case No. 5:14-cv-00262-KGB-JJV

**RHODES, Nurse, Dub**
**Brassell Detention Center,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe Volpe (Dkt. No. 22). No objections were filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court dismisses without prejudice Ms. DeHart's claims under Local Rule 5.5(c)(2) for failure to prosecute. The Court denies as moot all remaining pending motions in this action.

SO ORDERED this 16th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE