# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIKA DEHART**                      **PLAINTIFF**

v.                  **Case No. 5:14-cv-00262-KGB-JJV**

**RHODES, Nurse, Dub**
**Brassell Detention Center,** *et al.*                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this action is dismissed. The Court dismisses without prejudice plaintiff Erika DeHart's claims against separate defendants Rhodes, Turntine, and Reed.

SO ADJUDGED this the 16th day of November, 2015.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge